UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

    v.

FEDERAL REALTY INVESTMENT TRUST, et al.,

    Defendants.

Case No.  15-cv-05419-DMR

**ORDER REQUESTING STATUS REPORT**

Re: Dkt. No. 24

On February 9, 2016, the parties filed a notice of settlement stating that a global settlement has been reached in this case.  Docket No. 24.   The parties represented that they expect that they will file a Joint Stipulation for Dismissal with prejudice as to all parties within 60 days.  The parties are ordered to file a joint status report regarding the status of the settlement and request for dismissal within 30 days of this order.

**IT IS SO ORDERED.**

Dated: February 10, 2016

_____

Donna M. Ryu
United States Magistrate Judge